# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE MARILYN D. GO**    **DATE :** 4/19/12

**DOCKET NUMBER:** 12 CR 264 (NGG)    **LOG #:** 11:32 – 11:36

**DEFENDANT'S NAME :** SALVESTER ZARZANA
✓ Present  ___ Not Present  ___ Custody  ✓ Bail

**DEFENSE COUNSEL :** Joseph Mure
___ Federal Defender  ___ CJA  ✓ Retained

**A.U.S.A** _____  **DEPUTY CLERK :** SM YUEN

**INTERPRETER :** _____ (Language) _____

_____ Hearing held.  _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

✓ *James DeBlasi* Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type___  Start___  Stop___

___ Order of Speedy Trial entered.  Code Type___  Start___  Stop___

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS :** _____